Richard Williams
(Name)
480 Alta Road
(Address)
San Diego, CA. 92179
(City, State, Zip)
BR1817
(CDCR / Booking / BOP No.)

**FILED**

May 25 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ shellyy          DEPUTY

# United States District Court
## Southern District of California

Richard Williams
(Enter full name of plaintiff in this action.)

                                    Plaintiff,

v.

LA. County, Sheriffs
Dept.

(Enter full name of each defendant in this action.)

                                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. '22CV0768 RBM MDD
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. Plaintiff:  This complaint alleges that the civil rights of Plaintiff, Richard Williams,
(print Plaintiff's name)
, who presently resides at 480 Alta Road San Diego, CA. 92179
(mailing address or place of confinement)
RJ Donovan State prison
, were violated by the actions of
the below named individuals.  The actions were directed against Plaintiff at 480 Alta Road LA County Jail
LA County Sheriff Dept.          on (dates) Sept 9, 2021 Aug 7 2019 and 2015
(institution/place where violation occurred)          (Count 1)     (Count 2)     (Count 3)

§ 1983 SD Form
(Rev. 9/19)

2. <u>Defendants:</u>  (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>Sheriffs Dept.</u> resides in <u>Los Angeles</u>,
(name)                                                                                    (County of residence)
and is employed as a <u>County Sheriffs Officer</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: <u>RACIALY DISCEMINATED AGAINST. OFFICER USING</u>
<u>INMATES TO Inflict INJURY UPON MY PERSON BODY. OFFICERS REfUSE</u>
<u>TO File charges ON INMATES who Attacked ME. Altering Case Dockets.</u>

Defendant <u>Sheriffs Dept</u> resides in <u>Los Angeles</u>,
(name)                                                                                    (County of residence)
and is employed as a <u>County Sheriffs officer</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: <u>Fialing Fradulent Charges against me On to Racial</u>
<u>Profileing. inflicting corporal Punishment with Chemical</u>
<u>agent & physical Force. Allowing Rape Suspecto to be released from jail</u>

Defendant <u>Sheriffs Dept</u> resides in <u>Los Angeles</u>,
(name)                                                                                    (County of residence)
and is employed as a <u>County Sheriffs officer</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: <u>allowing inmate to assault me & stomp Me</u>
<u>unconosious inflicting Bodily harm upon Me. On to</u>
<u>Racial Profiling.</u>

Defendant <u>Sheriffs Dept</u> resides in <u>Los Angeles</u>,
(name)                                                                                    (County of residence)
and is employed as a <u>County Sheriffs Officer</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: <u>Sheriff officers tampering with the evedence</u>
<u>So D.A Dont Pick up case on Dudes who</u>
<u>attacked ME. allso Being Blinded By Officers.</u>

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 6 Admendment

~~Rights to Due Right pro~~ Cese
(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:** [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Since year 2015 to 2021 I have been racially profile by the L.A. Sheriff Department. I have been assualted by Inmates and also Sheriff Officers, also ~~teles~~ refused me ~~to write~~ the right to testify ~~o the~~ against defendents ~~or~~ Physical force being afflicted on every other daily basis, being treated as a slave, as a Black American Negro. You have to see it for yourself to believe it. Last incident occured September 29, 2021, in the L.A. County Sheriff Department, Housing location 9500, 9000 Floor, Where Video photoage capturing L.A. County Sheriff allowing Inmates to stomp my brains in and soodmize my body against my will. Inmates Kicking my face in and damn near beating me to death. Also do to negledfence of L.A. Sheriff Department and racial profiling suspects are allowed to get away. This incident happen under Booking # 6252428. Also this is retaliation of L.A. County Sheriff and Etc.

Count 2: The following civil right has been violated: 13th Admendment Right

I was treated like a slave. (E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

Sexually Assaulted by I     I was Sexually Assaulted by Inmates white while incarcerated in the L.A. County Sheriff Department three differerent times while housed in the L.A. County Sheriff Department, 2019, 2020, and 2021 three different times the Sheriff's witheld the video evidence and refuced and tampered with the rape kit so no case could be file and also this was the result of another racial profiling, Sheriff's continue to fabricate from their own mouths what actually happened, They blandered me and said I was some kind of nut case, Video photoage's I was taken to the outside Hospital where a rape kit was conducted and no detectives camed to evaluate the rape kit evidence and Etc.

§ 1983 SD Form
(Rev. 8/15)                                    4

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____

(d)  Issues raised: _____

_____

_____

_____

(e)  Approximate date case was filed: _____

(f)  Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not exhausted.

Attacked At Las Angeles County Jails for grieveince form
Administraders Relief exhausted. Do to L.A. County greivence
Not; Attached to back, To Better exhaust All Remedy!

_____

_____

_____

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

      1. An injunction preventing defendant(s):

Procescution Injunction
Gag Order a federal Imbargo from leaving the state
of California. Injunction preventing Law-Inforcement
From Filing Case Files. An Imbargo from firing procescution.

      2. Damages in the sum of $ 75 Million

      3. Punitive damages in the sum of $ 25 Million

      4. Other: Violation of 13th admendment - $10 Million

**F. Demand for Jury Trial**

Plaintiff demands a trial by ■ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate     **OR**     ■ Plaintiff requests that a district judge
    judge jurisdiction as set forth                     be designated to decide dispositive
    above.                                         matters and trial in this case.

_Richard Williams_

_____             _____
Date                                      Signature of Plaintiff

**REFERENCE NUMBER:** V18-2021-CAJ-018

## Is this grievance an emergency?
## ¿Es ésta queja una emergencia?

YES* ☐ NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

### COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
# INMATE GRIEVANCE FORM
See the back copy for instructions.
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 calendar days.
Appeals must be filed within 15 calendar days.

### Only one grievance per form.
Solamente una queja por forma.

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| Richard Williams | 6252428 | MCJ | 9500 | 9-29-21 |

### I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions ☐ Classification | ☐ Medical Services (Place in envelope) | ☑ Custody Personnel |
| ☐ Food ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☐ Mail | ☐ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☑ Retaliation |
| ☐ Educational/Vocational Programs | | ☑ Harassment |
| ☐ Other (explain below) | | ☑ Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| L.A. 2014-2021 | L.A. County Jail | County Jail |

L.A While housed in the L.A. County Jail on numerous occassions harrassed by racial profiling rended by L.A. County Sheriff Department. Case files being used as a form and method of racism, rape kit being tampered w/ and misplaced. *If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (___)

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature** X *Richard Williams*

---------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----------------------------

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**EMERGENCY GRIEVANCES ONLY**

*Watch commander notified of emergency grievance — Name — Employee # — Date/Time

This grievance ☐ was ☐ was not handled as an emergency. If not, please explain below.
**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

If a disposition was rendered, please complete:

BRIEF SUMMARY OF ACTIONS TAKEN

| FINDINGS | RELIEF |
|---|---|
| ☐ SUSTAINED | ☐ GRANTED |
| ☐ SUSTAINED IN PART | ☐ GRANTED IN PART |
| ☐ NOT SUSTAINED | ☐ DENIED |
| ☐ INCONCLUSIVE | ☐ RELIEF UNAVAILABLE |

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

Inmate was notified of disposition/status/modification by: _____ (Supervisor), on _____ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

FRONT PART 1 (WHITE COPY)

## CIVIL COVER SHEET (E-FILING FROM CDCR ONLY)

This civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers required by law. This form is authorized by General Order No. 653A dated June 21, 2018, and is approved by the Clerk of the Court. This civil cover sheet is required on all cases filed by plaintiffs housed at institutions participating in the e-filing pilot program described in the General Order.

| I. PLAINTIFF *(to be Completed by Plaintiff)* | II. DEFENDANT(S) *(to be Completed by Plaintiff)* |
|---|---|
| Richard, Williams | L A. County Sheriff's Department. |
| □ Exhibits to follow | |

**III. INSTITUTION BEING E-FILED FROM**
*(To be Completed by CDCR Staff Member)*

CDCR Institution Abbreviation Code:

**IV. DATE SCANNED AND EMAILED BY CDCR STAFF MEMBER**
*(to be Completed by CDCR Staff Member)*

BY: _____    _____
    *(Please SIGN Name)*              *(Please PRINT Name)*

DATE SCANNED AND EMAILED:

**V. IF CIVIL COMPLAINT CANNOT BE E-FILED**
*(to be Completed by CDCR Staff Member)*

☒ This civil complaint, and other initial filing documents authorized by the General Order No. 653A are authorized to be filed through the U.S. mail and accepted by the Clerk of the Court without need to be electronically filed because the digital sender/scanner was down for more than 48 hours. *See* General Order 653A at 3.

DATED:

_____    _____
*(Please SIGN Name)*              *(Please PRINT Name)*

*See attached "Instructions for Filing Civil Rights Complaints Under 42 U.S.C. § 1983"*



Richard, Williams
BR-1817 / A1-209
R.J. Donovan
480 Alta Rd.
San Diego, Calif. 92179

SAN DIEGO PMDC 92199
MON 23 MAY 2022

RECEIVED
MAY 25 2022
CLERK, U.S. DIST COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

California Department of
Corrections and Rehabilitation

Clerk of the U.S. District Court:
333 West broadway, Suite 420
San Diego, Calif. 92101

Legal Mail

