# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAMS, | ) Case No. CV 22-4978-SVW (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| L.A. CNTY. JAIL et al., | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing Action for Failure to Prosecute and Failure to State a Claim, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 3, 2022

STEPHEN V. WILSON
U.S. DISTRICT JUDGE